
FILED
July 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002773950

2 pages
LAW OFFICE OF DENNIS K. COWAN
Dennis K. Cowan - State Bar No. 036325
P.O. Box 992090
Redding CA 96099-2090
Phone: (530) 221-7300
Fax: (530) 221-7389
email: dcowan@dcowanlaw.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

GUILLERMO SANTILLAN AND
AMBER ALEXIS SANTILLAN

Debtors.

_____/

Case No.:10-29631-C-7

DCN: DKC-1

Date: August 10, 2010
Time: 9:30 AM
Judge: Hon. Christopher M. Klein
Dept.: C, 501 I Street, 6th Floor
Sacramento, CA

MOTION FOR ORDER TO
COMPEL TRUSTEE TO
ABANDON REAL PROPERTY

Guillermo Santillan and Amber Santillan, the debtors herein, move this court for an order compelling the Trustee, John W. Reger, to abandon their residence located at 204 South Avenue, Biggs, Butte County, California 95917, APN#025-080-027, described in **Exhibit A** filed as a separate document. There is no value for the bankruptcy estate since any equity in the home is less than their allowable exemption and the property is over encumbered by a first and second mortgage. No exemption was claimed. As stated in Schedule A filed as **Exhibit B**, the value of the home is $475,000.00 and the secured debt, as of the date this case was filed, is approximately $523,867.71 as stated in Schedule D, listed as **Exhibit C**. There is no equity for the bankruptcy estate.

1 | The debtors, therefore, request that the Trustee be directed to abandon the bankruptcy
2 | estate's interest in their residential real property referred to above, and for such other relief as
3 | may be appropriate.

Dated: July 12, 2010

_____
Dennis K. Cowan, attorney for debtors

2